

### SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | NATIONAL ENTERPRISE SYSTEMS, INC. | File Number | 59286587 |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 03/05/1997 | State | OHIO |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 03/05/1997 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | ERNEST R POLLAK 29125 SOLON RD SOLON OH 44139 |
| Agent City | CHICAGO | Secretary Name & Address | ELLEN POLLAK SAME |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 02/14/2011 | For Year | 2011 |
| Assumed Name | INACTIVE - WINDHAM PROFESSIONALS ACTIVE - NATIONAL ENTERPRISE SYSTEMS ACTIVE - NES OF OHIO | | |
| Old Corp Name | 09/26/2002 - WINDHAM ASSOCIATES, INC. | | |

**Return to the Search Screen**              **Purchase Certificate of Good Standing**
                                                              (One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



Group EXHIBIT A

http://www.ilsos.gov/corporatellc/CorporateLlcController                              3/21/2011



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | ZENITH ACQUISITION CORP | File Number | 63570257 |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 05/27/2004 | State | NEW YORK |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 05/27/2004 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | DAVID PARIS 62 BRANTLEY CT AMHERST NY 14226 |
| Agent City | CHICAGO | Secretary Name & Address | HOWARD HORNBLASS 44 NEW CASTLE DR AMHERST NY 14221 |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2011 |

**Return to the Search Screen**        **Purchase Certificate of Good Standing**
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

# LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | EQUABLE ASCENT FINANCIAL, LLC | File Number | 02879409 |
| Status | ACTIVE | On | 10/25/2010 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 11/20/2009 | Jurisdiction | DE |
| Agent Name | MICHAEL WALSH | Agent Change Date | 11/20/2009 |
| Agent Street Address | 1120 W LAKE COOK RD STE A | Principal Office | 1120 W LAKE COOK RD STE B BUFFALO GROVE, IL 60089 |
| Agent City | BUFFALO GROVE | Management Type | MGR  View |
| Agent Zip | 60089 | Duration | PERPETUAL |
| Annual Report Filing Date | 10/25/2010 | For Year | 2010 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE